# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Monte J. Gist,

        Petitioner, : Case No. 3:09-cv-116

- vs - : District Judge Walter Herbert Rice
        Magistrate Judge Michael R. Merz

Warden Lebanon Correctional Institution, :

        Respondent. :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

June 23, 2009.

                                                      Walter Herbert Rice
                                                      United States District Judge